UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EUGENE HOLMES, | ) | No. CV 12-8292-ODW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice for failure to prosecute and failure to follow Court orders.

DATED: March 1, 2013

_____
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE